

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00847-CV

**IN THE INTEREST OF S.E.S., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02682
Honorable Richard Garcia, Judge Presiding

# O R D E R

On November 27, 2017, the trial court signed an order terminating Appellant's rights to her children. On December 18, 2017, Appellant filed a notice of accelerated appeal. *See* TEX. R. APP. P. 26.1(b). The reporter's record was due on December 28, 2017. *See id.* R. 35.1(b).

On January 5, 2018, court reporter Angelita Rangel Jimenez filed a notification of late reporter's record. She indicated she was on vacation over the holidays, she needs more time to prepare the record, and she expects to file the record on January 10, 2018.

The reporter's motion for extension of time to file the reporter's record is GRANTED. **The reporter's record must be filed with this court by January 10, 2018.** *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)). **Any further requests for extension of time to file the reporter's record will be disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court